B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)                    Case Number **12−01062**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on January 13, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael P. Federow
8627 W. Plainfield Road
Lyons, IL 60534

| | |
|---|---|
| Case Number:  12−01062<br>Office Code:  1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−1596 |
| Attorney for Debtor(s) (name and address):<br>John D Landry<br>Landry & Associates<br>120 E. Ogden Avenue<br>Suite 212<br>Hinsdale, IL 60521<br>Telephone number:  630−321−3600 | Bankruptcy Trustee (name and address):<br>David R Herzog<br>Herzog & Schwartz PC<br>77 W Washington Suite 1717<br>Chicago, IL 60602<br>Telephone number:  312 977−1600 |

## Meeting of Creditors:
Date: **March 5, 2012**                              Time: **12:00 PM**

Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: May 4, 2012**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday – Friday 8:30 AM −4:30 PM | Date:  January 17, 2012 |

## EXPLANATIONS                               B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-01062-SPS
Michael P. Federow                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: aiwinski          Page 1 of 3          Date Rcvd: Jan 17, 2012
                             Form ID: b9a            Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2012.
db         +Michael P. Federow,   8627 W. Plainfield Road,   Lyons, IL 60534-1047
tr         +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
18358964   +1(800) Water Proofing,   2701 W. Fulton,   Chicago, IL 60612-2003
18358974   +AT&T Mobility,   C/O First Revenue Assurance,   P.O. Box 8545,   Omaha, NE 68108-0545
18358965   +Aaron Petersen,   C/O Jonathon M. Aven, Esq.,   180 N. Michigan Ave - Ste 2105,
            Chicago, IL 60601-7478
18358966    Account Services,   P.O. Box 659818,   San Antonio, TX 78265-9118
18358967   +Adam Schneierman, Epic Realty Partners,   5600 North River Road,   Suite 150,
            Rosemont, IL 60018-5102
18358968   +Alisa Seo, M.D.,   C/O Anderson, Rasor & Partners, LLP,   100 S. Wacker Dr., Suite 1000,
            Chicago, IL 60606-4027
18358969    Allied Bank,   P.O. Box 17120,   Wilmington, DE 19886-7120
18358971    Alpha Pain Clinic,   3500 S. Harlem Avenue,   Berwyn, IL 60402
18358972   +Apex Financial Management, LLC,   1120 W. Lake Cook Road,   Suite A,
            Buffalo Grove, IL 60089-1970
18358973   +Applied Bank,   C/O Nations Recovery Center, Inc.,   6491 Peachtree Industrial Blvd,
            Atlanta, GA 30360-2100
18358977   +Barry H. Greenburg, Esq.,   Law Firm Of Barry H. Greenburg,   180 N. LaSalle Street - Suite 3150,
            Chicago, IL 60601-2801
18358978    Blatt, Hasenmiller, Leibsker & Moore, LL,   125 S. Wacker Drive,   Suite 400,
            Chicago, IL 60606-4440
18358979   +Blitt And Gaines, P.C.,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
18358983    Capital One Services, Inc.,   C/O Nationwide Credit, Inc.,   P.O. Box 100029,
            Kennesaw, GA 30156-9229
18358985   +Citibank,   C/O Nelson, Watson & Associates, LLC,   80 Merrimack Street - Lower Level,
            Haverhill, MA 01830-5202
18358986   +Citizens Financial Bank,   C/O ChexSystems Collection Agency, Inc.,
            7805 Hudson Street -- Suite 100,   Woodbury, MN 55125-1595
18358987   +David Angviano Construction,   5435 West 25th Place,   Cicero, IL 60804-3303
18358988    Delta Outsource Group, Inc.,   P.O. Box 1210,   O'Fallon, MO 63366-9010
18358962   +Federow Michael P,   8627 W Plainfield Road,   Lyons, IL 60534-1047
18358990    Founders Insurance Company,   P.O. Box 5100,   Des Plaines, IL 60017-5100
18358991    Fullmer Locksmith Service, Inc.,   8611 West Cermak Road,   North Riverside, IL 60546-1225
18358994   +HSBC Bank Nevada, NA,   C/O Praxis Financial Solutions,   7331 N. Lincoln Avenue - Suite 8,
            Lincolnwood, IL 60712-1766
18358995   +HSBC Card Services, Inc.,   C/O Sentry Credit, Inc.,   2809 Grand Avenue,
            Everett, WA 98201-3417
18358996   +J.C. Christensen And Associates, Inc.,   P.O. Box 519,   Sauk Rapids, MN 56379-0519
18358998   +Katz & Stefani, LLC,   222 North LaSalle Street - Suite 2150,   Chicago, IL 60601-1103
18358963   +Landry & Associates,   120 E Ogden Avenue Suite 212,   Hinsdale, IL 60521-3546
18358999   +Law Firm Of Barry H. Greenburg,   180 North La Salle Street,   Suite 3150,
            Chicago, IL 60601-2801
18359001   +Loyola University Physicians Foundation,   C/O I.C.S., Inc.,   P.O. Box 101,
            Tinley Park, IL 60477-0101
18359003   +Medical Business Burea (original Cr,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
18359005   #+Nadler, Pritikin & Mirabelli, LLC,   One Prudential Plaza - 12th Floor,
            130 East Randolph Street,   Chicago, IL 60601-6216
18359007   +Performance Pro Plumbing,   C/O Steven Skinner, Attorney At Law,   7548 W. 103rd Street,
            Bridgeview, IL 60455-2400
18359009   +Reginald Payton And Payton Studios,   C/O Stanley L. Hill, Attorney At Law,
            651 W. Washington St., Suite 205,   Chicago, IL 60661-2166
18359010    Rush Health Associates,   C/O First Recovery Group,   P.O. Box 4090,
            Southfield, MI 48037-4090
18359012   +Signature Affairs,   1513 N. Latrobe,   Chicago, IL 60651-1410
18359013   +Supreme Novelty Fabricx, Inc.,   C/O Schain, Burney, Ross & Citron, Ltd.,
            222 North LaSalle St., Ste 1910,   Chicago, IL 60601-1102
18359014   #Synergetic Communication, Inc.,   1301 E. 3rd Avenue,   Suite 200,   Post Falls, ID 83854-7545
18359015   +Teresa M. Giannini,   3427 N. Pacific Avenue,   Chicago, IL 60634-2958
18359016   +USAMobility,   P.O. Box 941565,   Plano, TX 75094-1565
18359017   ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
            (address filed with court: Wachdlrserv,   P.o. Box 1697,   Winterville, NC 28590)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: land4513@yahoo.com Jan 18 2012 03:46:39    John D Landry,   Landry & Associates,
            120 E. Ogden Avenue,   Suite 212,   Hinsdale, IL 60521
tr         +EDI: FDRHERZOG.COM Jan 18 2012 02:38:00    David R Herzog,   Herzog & Schwartz PC,
            77 W Washington Suite 1717,   Chicago, IL 60602-3943
18358970    EDI: CCS.COM Jan 18 2012 02:38:00    Allstate Insurance Company,
            C/O Credit Collection Services,   P.O. Box 55156,   Boston, MA 02205-5156
18358975   +EDI: BANKAMER2.COM Jan 18 2012 02:38:00    Bank Of America,   Po Box 1598,
            Norfolk, VA 23501-1598
18358976   +EDI: TSYS2.COM Jan 18 2012 02:38:00    Barclays Bank Delaware,   125 S West St,
            Wilmington, DE 19801-5014

```
District/off: 0752-1          User: aiwinski          Page 2 of 3          Date Rcvd: Jan 17, 2012
                              Form ID: b9a             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18358980     +EDI: CAPITALONE.COM Jan 18 2012 02:38:00      Cap One,    Pob 30281,
               Salt Lake City, UT 84130-0281
18358981     +E-mail/Text: cms-bk@cms-collect.com Jan 18 2012 06:58:51      Capital Management Services, LP,
               726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
18358982     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jan 18 2012 06:42:34
               Capital One Auto Finan,    3901 Dallas Pkwy,    Plano, TX 75093-7864
18358984     +EDI: CHASE.COM Jan 18 2012 02:38:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18358989     +EDI: AMINFOFP.COM Jan 18 2012 02:38:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
18358992      EDI: RMSC.COM Jan 18 2012 02:38:00      Gemb/ge Money Bank Low,    Po Box 103065,
               Roswell, GA  30076
18358993     +EDI: HFC.COM Jan 18 2012 02:38:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18358997      EDI: TSYS2.COM Jan 18 2012 02:38:00      Juniper,    P.O. Box  13337,
               Philadelphia, PA  19101-3337
18359000      EDI: RMSC.COM Jan 18 2012 02:38:00      Lowe's,    P.O. Box  530914,    Atlanta, GA  30353-0914
18359002     +EDI: TSYS2.COM Jan 18 2012 02:38:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18359004     +EDI: MERRICKBANK.COM Jan 18 2012 02:38:00      Merrick Bk,    Pob 9201,
               Old Bethpage, NY 11804-9001
18359006      EDI: HFC.COM Jan 18 2012 02:38:00      Orchard Bank,    P.O. Box  17051,
               Baltimore, MD  21297-1051
18359008      EDI: PHINPLAZA.COM Jan 18 2012 02:38:00      Plaza Associates,    JAF Station,    P.O. Box  2769,
               New York, NY  10116-2769
18359011     +EDI: SEARS.COM Jan 18 2012 02:38:00      Sears/cbsd,    701 East 60th St N Po Box 6241,
               Sioux Falls, SD 57117-6241
                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2012**                    **Signature:**    _Joseph Speetjens_

District/off: 0752-1                 User: aiwinski           Page 3 of 3               Date Rcvd: Jan 17, 2012
                                     Form ID: b9a             Total Noticed: 59


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2012 at the address(es) listed below:
         David R Herzog    drhlaw@mindspring.com,
          herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
         John D Landry    on behalf of Debtor Michael Federow land4513@yahoo.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                  TOTAL: 3