IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )    Chapter  7
MICHAEL P. FEDEROW,                       )    No.  12 B 01062
                                          )
                    Debtor.               )    Judge Susan P. Sonderby

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

You are hereby notified that on March 21, 2012, at 10:00 a.m., or as soon after as I may be heard, I will appear before the Honorable Judge Presiding at the Dirksen Federal Building, 219 South Dearborn, Courtroom 642, Chicago, Illinois, and I will then and there present the attached: **TERESA GIANNINI'S MOTION TO MODIFY THE AUTOMATIC STAY AS TO ENFORCEMENT OF THE JUDGMENT ORDER ENTERED OCTOBER 20, 2009 IN CASE 97 D 5648 IN THE CIRCUIT COURT OF COOK COUNTY AND FOR CHILD SUPPORT ACCRUED SINCE THAT DATE**

BY:/s/Paul M. Bach
Paul M. Bach
P.O. Box 1285
Northbrook, Illinois 60062
847-564-0808
Attorney No. 06209530

## PROOF OF SERVICE

I, PAUL M. BACH certify that I served this notice and attached motion and attachments upon all parties named in this notice, by US First Class Mail with proper postage prepaid in Northbrook, IL 60062 on March 14, 2012.

/s/Paul M. Bach

## SERVICE LIST

**Michael P. Federow**
8627 W. Plainfield Road
Lyons, Illinois 60534

**John D. Landry**
Landry & Associates
120 East Ogden Avenue
Suite 212
Hinsdale, Illinois 60521

**David R. Herzog**
Herzog & Schwartz PC
77 West Washington Suite 1717
Chicago, Illinois 60602

**United States Trustee**
219 S. Dearborn Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                           )
                                                 )   Chapter 7
         MICHAEL P. FEDEROW,                     )   No. 12 B 01062
                                                 )
                      Debtor.                    )   Judge Susan P. Sonderby

### TERESA GIANNINI'S MOTION TO MODIFY THE AUTOMATIC STAY AS TO ENFORCEMENT OF THE JUDGMENT ORDER ENTERED OCTOBER 20, 2009 IN CASE 97 D 5648 IN THE CIRCUIT COURT OF COOK COUNTY AND FOR CHILD SUPPORT ACCRUED SINCE THAT DATE

NOW COMES, TERESA GIANNINI (hereinafter called "Creditor"), by its various attorneys, Paul M. Bach and Penelope N. Bach of BACH LAW OFFICES and pursuant to 11 USC 362 (d) and in support of its Motion to Modify the Automatic Stay as to enforcement of the Judgment Order entered October 20, 2009 in Case 97 D 5648 in the Circuit Court of Cook County and for Child Support accrued since that date states as follows:

1. This case is currently pending before this court as a result of a voluntary petition for relief having been filed by the Debtor under Chapter 13 on January 13, 2012.

2. Creditor is the ex-spouse of the Debtor by virtue of a Judgment for Dissolution of Marriage entered on July 9, 1997

3. Creditor and Debtor have been engaged in litigation in the Circuit Court of Cook County regarding the payment of child support and custody issues. On

October 20, 2009 an order was entered by the Cook County Circuit Court which entered Judgment in favor of Creditor and against the Debtor for $8,300.00.   Said Judgment was required to be paid by December 31, 2010. Said amount has not been paid.  Additionally, child support has continue to accrue and is owed as well.

4.  Additionally, pursuant to the Judgment Order which is attached Judgment was entered regarding attorney fees that were incurred as a result of the litigation that brought about the attached Judgment Order.

5.  All of the Judgments are referred to in the Judgment Order as nondischargeable based on the fact that the underlying issues relate to custody and child support issues and would be non discharageable pursuant to 11 USC 523(a)(5) and (15).

6.  Creditor at this time wishes to enforce the attached Judgment Order but prior to doing so wishes this court to Modify the Automatic Stay to allow Creditor to proceed regarding the $8,300.00 due as well as child support that has accrued since the Judgment Order was entered.

7.  The amounts owed and referred to above constitute Domestic Support Obligations.

8.  Pursuant to 11 U.S.C. Section 362 ...

(d) On request of a party in interest and after notice and hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—

(1) For cause, including the lack of adequate protection of an interest in property of such party in interest; or

(2) With respect to a stay, of an act against property under subsection (a) of this section, if—

(A) the Debtor does not have an equity in such property; and

(B) such property is not necessary to an effective reorganization.

9. That the creditor requests and the Court should order that the ten day stay provided for by Bankruptcy Rule 4001(a)(3) should not apply as to Creditor.

WHEREFORE, the Creditor, TERESA GIANNINI, asks this Honorable Court to enter an order annulling the automatic stay or in the alternative modifying the automatic stay as to permit TERESA GIANNINI to proceed pursuant to non-bankruptcy law regarding enforcement of the Judgment Order entered October 20, 2009 in Case 97 D 5648 in the Circuit Court of Cook County and for Child Support accrued since that date and find that Bankruptcy Rule

4001(a)(3) is not applicable and further relief as is just and equitable.

Respectfully Submitted,

TERESA GIANNINI

BY:/s/Paul M. Bach

Paul M. Bach

Paul M. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, Illinois 60065
847-564-0808