## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____ Michael P. Federow _____ Case No. __12-01062__ Chapter __7__

. All Cases: Moving Creditor _____ TERESA GIANNINI _____ . Date Case Filed __01/13/2012__

Nature of Relief Sought: ☑ Lift Stay .    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
        ☑ No-Asset Report not Filed, Date of Creditors Meeting _____ 03/05/2012 _____

1.  Collateral
    a.    ☐ Home
    b.    ☐ Car   Year, Make, and Model _____
    c.    ☑ Other (describe) _____ N/A-Relates to Enforcement of Support Judgment _____

2.  Balance Owed as of Petition Date  $ ____8,300.00 plus support____
    Total of all other Liens against Collateral $_____

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral (must be supplied in *all* cases)  $ _____ n/a _____

5.  Default
    a.    ☐ Pre-Petition Default
          Number of months _____        Amount $ _____

    b.    ☐ Post-Petition Default
          i.    ☐ On direct payments to the moving creditor
                Number of months _____        Amount $ _____

          ii.   ☐ On payments to the Standing Chapter 13 Trustee
                Number of months _____        Amount $ _____

6.  Other Allegations
    a.    ☐ Lack of Adequate Protection  § 362(d)(1)
          i.    ☐ No insurance
          ii.   ☐ Taxes unpaid        Amount $ _____
          iii.  ☐ Rapidly depreciating asset
          iv.   ☐ Other (describe) _____

    b.    ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.    ☑ Other "Cause" § 362(d)(1)
          i.    ☐ Bad Faith (describe)_____
          ii.   ☐ Multiple Filings
          iii.  ☑ Other (describe) _Non Dischargeable Support Judgment 11 USC 523 (a)(5) & (15)_

    d.    Debtor's Statement of Intention regarding the Collateral
          i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____ 03/14/2012 _____        _____ /s/Paul M. Bach _____
                                                Counsel for Movant

(Rev. 12 /21/09)