**Form NTCFTFC7**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Michael P. Federow
8627 W. Plainfield Road
Lyons, IL 60534
SSN: xxx–xx–1596 EIN: N.A.

Case No. :  12–01062
Chapter :  7
Judge :    Susan Pierson Sonderby

Debtor's Attorney:
John D Landry
Landry & Associates
120 E. Ogden Avenue
Suite 212
Hinsdale, IL 60521

630–321–3600

Trustee:
David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

312 977–1600

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on *January 13, 2012 .*

1. *June 14, 2012* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *June 14, 2012* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non–Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: March 15, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court