**Form NTCFTFC7**

# United States Bankruptcy Court

### Northern District of Illinois

**Eastern Division**
**219 S Dearborn**
**7th Floor**
**Chicago, IL 60604**

In Re:

| | |
|---|---|
| Michael P. Federow | Case No. :  12–01062 |
| 8627 W. Plainfield Road | Chapter :   7 |
| Lyons, IL 60534 | Judge :     Susan Pierson Sonderby |
| SSN: xxx–xx–1596 EIN: N.A. | |

Debtor's Attorney:

John D Landry
Landry & Associates
120 E. Ogden Avenue
Suite 212
Hinsdale, IL 60521

630–321–3600

Trustee:

David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

312 977–1600

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on *January 13, 2012 .*

1. *June 14, 2012* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *June 14, 2012* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non–Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: March 15, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-01062-SPS
Michael P. Federow                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman          Page 1 of 3          Date Rcvd: Mar 15, 2012
                              Form ID: ntcftfc7      Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2012.
db         +Michael P. Federow,   8627 W. Plainfield Road,   Lyons, IL 60534-1047
18358964   +1(800) Water Proofing,   2701 W. Fulton,   Chicago, IL 60612-2003
18358974   +AT&T Mobility,   C/O First Revenue Assurance,   P.O. Box 8545,   Omaha, NE 68108-0545
18358965   +Aaron Petersen,   C/O Jonathon M. Aven, Esq.,   180 N. Michigan Ave - Ste 2105,
            Chicago, IL 60601-7478
18358966    Account Services,   P.O. Box 659818,   San Antonio, TX 78265-9118
18358967   +Adam Schneierman, Epic Realty Partners,   5600 North River Road,   Suite 150,
            Rosemont, IL 60018-5102
18358968   +Alisa Seo, M.D.,   C/O Anderson, Rasor & Partners, LLP,   100 S. Wacker Dr., Suite 1000,
            Chicago, IL 60606-4027
18358969    Allied Bank,   P.O. Box 17120,   Wilmington, DE 19886-7120
18358971    Alpha Pain Clinic,   3500 S. Harlem Avenue,   Berwyn, IL 60402
18358972   +Apex Financial Management, LLC,   1120 W. Lake Cook Road,   Suite A,
            Buffalo Grove, IL 60089-1970
18358973   +Applied Bank,   C/O Nations Recovery Center, Inc.,   6491 Peachtree Industrial Blvd,
            Atlanta, GA 30360-2100
18358977   +Barry H. Greenburg, Esq.,   Law Firm Of Barry H. Greenburg,   180 N. LaSalle Street - Suite 3150,
            Chicago, IL 60601-2801
18358978    Blatt, Hasenmiller, Leibsker & Moore, LL,   125 S. Wacker Drive,   Suite 400,
            Chicago, IL 60606-4440
18358979   +Blitt And Gaines, P.C.,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
18358983    Capital One Services, Inc.,   C/O Nationwide Credit, Inc.,   P.O. Box 100029,
            Kennesaw, GA 30156-9229
18358985   +Citibank,   C/O Nelson, Watson & Associates, LLC,   80 Merrimack Street - Lower Level,
            Haverhill, MA 01830-5202
18358986   +Citizens Financial Bank,   C/O ChexSystems Collection Agency, Inc.,
            7805 Hudson Street -- Suite 100,   Woodbury, MN 55125-1595
18358987   +David Angviano Construction,   5435 West 25th Place,   Cicero, IL 60804-3303
18358988    Delta Outsource Group, Inc.,   P.O. Box 1210,   O'Fallon, MO 63366-9010
18358962   +Federow Michael P,   8627 W Plainfield Road,   Lyons, IL 60534-1047
18358990    Founders Insurance Company,   P.O. Box 5100,   Des Plaines, IL 60017-5100
18358991    Fullmer Locksmith Service, Inc.,   8611 West Cermak Road,   North Riverside, IL 60546-1225
18358994   +HSBC Bank Nevada, NA,   C/O Praxis Financial Solutions,   7331 N. Lincoln Avenue - Suite 8,
            Lincolnwood, IL 60712-1766
18358995   +HSBC Card Services, Inc.,   C/O Sentry Credit, Inc.,   2809 Grand Avenue,
            Everett, WA 98201-3417
18358996   +J.C. Christensen And Associates, Inc.,   P.O. Box 519,   Sauk Rapids, MN 56379-0519
18358998   +Katz & Stefani, LLC,   222 North LaSalle Street - Suite 2150,   Chicago, IL 60601-1103
18358963   +Landry & Associates,   120 E Ogden Avenue Suite 212,   Hinsdale, IL 60521-3546
18358999   +Law Firm Of Barry H. Greenburg,   180 North La Salle Street,   Suite 3150,
            Chicago, IL 60601-2801
18359001   +Loyola University Physicians Foundation,   C/O I.C.S., Inc.,   P.O. Box 101,
            Tinley Park, IL 60477-0101
18359003   +Medical Business Burea (original Cr,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
18359005   #+Nadler, Pritikin & Mirabelli, LLC,   One Prudential Plaza - 12th Floor,
            130 East Randolph Street,   Chicago, IL 60601-6216
18359007   +Performance Pro Plumbing,   C/O Steven Skinner, Attorney At Law,   7548 W. 103rd Street,
            Bridgeview, IL 60455-2400
18359009   +Reginald Payton And Payton Studios,   C/O Stanley L. Hill, Attorney At Law,
            651 W. Washington St., Suite 205,   Chicago, IL 60661-2166
18359010    Rush Health Associates,   C/O First Recovery Group,   P.O. Box 4090,
            Southfield, MI 48037-4090
18359012   +Signature Affairs,   1513 N. Latrobe,   Chicago, IL 60651-1410
18359013   +Supreme Novelty Fabricx, Inc.,   C/O Schain, Burney, Ross & Citron, Ltd.,
            222 North LaSalle St., Ste 1910,   Chicago, IL 60601-1102
18359014   #Synergetic Communication, Inc.,   1301 E. 3rd Avenue,   Suite 200,   Post Falls, ID 83854-7545
18359015   +Teresa M. Giannini,   3427 N. Pacific Avenue,   Chicago, IL 60634-2958
18359016   +USAMobility,   P.O. Box 941565,   Plano, TX 75094-1565
18359017   ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
            (address filed with court: Wachdlrserv,   P.o. Box 1697,   Winterville, NC 28590)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: FDRHERZOG.COM Mar 16 2012 02:08:00     David R Herzog,   Herzog & Schwartz PC,
            77 W Washington Suite 1717,   Chicago, IL 60602-3943
18358970    EDI: CCS.COM Mar 16 2012 02:08:00     Allstate Insurance Company,
            C/O Credit Collection Services,   P.O. Box 55156,   Boston, MA 02205-5156
18382500   +EDI: ATLASACQU.COM Mar 16 2012 02:03:00     Atlas Acquisitions LLC,   294 Union St.,
            Hackensack, NJ 07601-4303
18358975   +EDI: BANKAMER2.COM Mar 16 2012 02:03:00     Bank Of America,   Po Box 1598,
            Norfolk, VA 23501-1598
18358976   +EDI: TSYS2.COM Mar 16 2012 02:03:00     Barclays Bank Delaware,   125 S West St,
            Wilmington, DE 19801-5014
18358980   +EDI: CAPITALONE.COM Mar 16 2012 02:03:00     Cap One,   Pob 30281,
            Salt Lake City, UT 84130-0281

```
District/off: 0752-1        User: froman         Page 2 of 3          Date Rcvd: Mar 15, 2012
                           Form ID: ntcftfc7     Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18358981    +E-mail/Text: cms-bk@cms-collect.com Mar 16 2012 03:10:33     Capital Management Services, LP,
             726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
18358982    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Mar 16 2012 03:09:35
             Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
18358984    +EDI: CHASE.COM Mar 16 2012 02:08:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18358989    +EDI: AMINFOFP.COM Mar 16 2012 02:08:00     First Premier Bank,   601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
18358992     EDI: RMSC.COM Mar 16 2012 02:03:00     Gemb/ge Money Bank Low,   Po Box 103065,
             Roswell, GA  30076
18358993    +EDI: HFC.COM Mar 16 2012 02:03:00     Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
18358997     EDI: TSYS2.COM Mar 16 2012 02:03:00     Juniper,   P.O. Box  13337,
             Philadelphia, PA  19101-3337
18359000     EDI: RMSC.COM Mar 16 2012 02:03:00     Lowe's,   P.O. Box  530914,   Atlanta, GA  30353-0914
18359002    +EDI: TSYS2.COM Mar 16 2012 02:03:00     Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
18359004    +EDI: MERRICKBANK.COM Mar 16 2012 02:03:00     Merrick Bk,   Pob 9201,
             Old Bethpage, NY 11804-9001
18359006     EDI: HFC.COM Mar 16 2012 02:03:00     Orchard Bank,   P.O. Box  17051,
             Baltimore, MD  21297-1051
18359008     EDI: PHINPLAZA.COM Mar 16 2012 02:03:00     Plaza Associates,   JAF Station,   P.O. Box  2769,
             New York, NY  10116-2769
18359011    +EDI: SEARS.COM Mar 16 2012 02:03:00     Sears/cbsd,   701 East 60th St N Po Box 6241,
             Sioux Falls, SD 57117-6241
                                                                                       TOTAL: 19


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2012**                    **Signature:**  _Joseph Speetjens_

District/off: 0752-1          User: froman          Page 3 of 3          Date Rcvd: Mar 15, 2012
                             Form ID: ntcftfc7       Total Noticed: 59


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2012 at the address(es) listed below:
          David R Herzog    drhlaw@mindspring.com,
           herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          John D Landry    on behalf of Debtor Michael Federow land4513@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Creditor Teresa Giannini paul@bachoffices.com,
           pnbach@bachoffices.com;BachECF@gmail.com
                                                                                    TOTAL: 4