UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADMINISTRATIVE ORDER
No.  12-07

Reassignment of Judge Susan Pierson Sonderby's Cases

**IT IS ORDERED** that all pending Cook County Chapter 7 and 11 cases, and any related Adversary Proceedings, on the calendar of Judge Susan Pierson Sonderby are reassigned to Judge Timothy A. Barnes.

**IT IS FURTHER ORDERED** that all pending Cook County Chapter 13 cases, and any related Adversary Proceedings, on the calendar of Judge Susan Pierson Sonderby are reassigned to Judge Janet S. Baer.

**IT IS THEREFORE ORDERED** that the clerk is authorized to modify the court's electronic case management records to conform with the provisions of this order; and

**IT IS HEREBY ORDERED** that this order shall be effective with the close of business on May 15, 2012.

**ENTERED:**

Bruce W. Black
Chief Bankruptcy Judge

Dated: May 14, 2012