Form cxdsch7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Michael P. Federow                                    Case No. :  12–01062

8627 W. Plainfield Road                               Chapter :  7
Lyons, IL 60534                                       Judge :      Timothy A. Barnes
SSN: xxx–xx–1596 EIN: N.A.

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: June 21, 2012                                  Kenneth S. Gardner, Clerk
                                                     United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-01062-TAB
Michael P. Federow                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman          Page 1 of 3          Date Rcvd: Jun 21, 2012
                             Form ID: cxdsch7       Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2012.
db          +Michael P. Federow,   8627 W. Plainfield Road,   Lyons, IL 60534-1047
18358964    +1(800) Water Proofing,   2701 W. Fulton,   Chicago, IL 60612-2003
18358974    +AT&T Mobility,   C/O First Revenue Assurance,   P.O. Box 8545,   Omaha, NE 68108-0545
18358965    +Aaron Petersen,   C/O Jonathon M. Aven, Esq.,   180 N. Michigan Ave - Ste 2105,
             Chicago, IL 60601-7478
18358966     Account Services,   P.O. Box 659818,   San Antonio, TX 78265-9118
18904723    +Acuity,   2800 South Taylor Street,   Sheboyan, WI 53081-8474
18358967    +Adam Schneierman, Epic Realty Partners,   5600 North River Road,   Suite 150,
             Rosemont, IL 60018-5102
18358968    +Alisa Seo, M.D.,   C/O Anderson, Rasor & Partners, LLP,   100 S. Wacker Dr., Suite 1000,
             Chicago, IL 60606-4027
18358969     Allied Bank,   P.O. Box 17120,   Wilmington, DE 19886-7120
18358971     Alpha Pain Clinic,   3500 S. Harlem Avenue,   Berwyn, IL 60402
18358972    +Apex Financial Management, LLC,   1120 W. Lake Cook Road,   Suite A,
             Buffalo Grove, IL 60089-1970
18358973    +Applied Bank,   C/O Nations Recovery Center, Inc.,   6491 Peachtree Industrial Blvd,
             Atlanta, GA 30360-2100
18639282    +Atlas Acquisitions LLC (Citibank - Sears),   294 Union St.,   Hackensack, NJ 07601-4303
18358976    +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
18358977    +Barry H. Greenburg, Esq.,   Law Firm Of Barry H. Greenburg,   180 N. LaSalle Street - Suite 3150,
             Chicago, IL 60601-2801
18358978     Blatt, Hasenmiller, Leibsker & Moore, LL,   125 S. Wacker Drive,   Suite 400,
             Chicago, IL 60606-4440
18358979    +Blitt And Gaines, P.C.,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
18358980    +Cap One,   Pob 30281,   Salt Lake City, UT 84130-0281
18712265     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
18358983     Capital One Services, Inc.,   C/O Nationwide Credit, Inc.,   P.O. Box 100029,
             Kennesaw, GA 30156-9229
18358984    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18358985    +Citibank,   C/O Nelson, Watson & Associates, LLC,   80 Merrimack Street - Lower Level,
             Haverhill, MA 01830-5202
18358986    +Citizens Financial Bank,   C/O ChexSystems Collection Agency, Inc.,
             7805 Hudson Street -- Suite 100,   Woodbury, MN 55125-1595
18358987    +David Angviano Construction,   5435 West 25th Place,   Cicero, IL 60804-3303
18358988     Delta Outsource Group, Inc.,   P.O. Box 1210,   O'Fallon, MO 63366-9010
18358962    +Federow Michael P,   8627 W Plainfield Road,   Lyons, IL 60534-1047
18358989    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
18358990     Founders Insurance Company,   P.O. Box 5100,   Des Plaines, IL 60017-5100
18358991     Fullmer Locksmith Service, Inc.,   8611 West Cermak Road,   North Riverside, IL 60546-1225
18358994    +HSBC Bank Nevada, NA,   C/O Praxis Financial Solutions,   7331 N. Lincoln Avenue - Suite 8,
             Lincolnwood, IL 60712-1766
18358995    +HSBC Card Services, Inc.,   C/O Sentry Credit, Inc.,   2809 Grand Avenue,
             Everett, WA 98201-3417
18358993    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
18358996    +J.C. Christensen And Associates, Inc.,   P.O. Box 519,   Sauk Rapids, MN 56379-0519
18358997     Juniper,   P.O. Box 13337,   Philadelphia, PA 19101-3337
18358998    +Katz & Stefani, LLC,   222 North LaSalle Street - Suite 2150,   Chicago, IL 60601-1103
18358963    +Landry & Associates,   120 E Ogden Avenue Suite 212,   Hinsdale, IL 60521-3546
18358999    +Law Firm Of Barry H. Greenburg,   180 North La Salle Street,   Suite 3150,
             Chicago, IL 60601-2801
18904724    +Loyola University Medical Center,   P.O. Box 6559,   Carol Stream, IL 60197-6559
18359001    +Loyola University Physicians Foundation,   C/O I.C.S., Inc.,   P.O. Box 101,
             Tinley Park, IL 60477-0101
18359002    +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
18359003    +Medical Business Burea (original Cr,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
18359005    #+Nadler, Pritikin & Mirabelli, LLC,   One Prudential Plaza - 12th Floor,
             130 East Randolph Street,   Chicago, IL 60601-6216
18359006     Orchard Bank,   P.O. Box 17051,   Baltimore, MD 21297-1051
18359007    +Performance Pro Plumbing,   C/O Steven Skinner, Attorney At Law,   7548 W. 103rd Street,
             Bridgeview, IL 60455-2400
18359008     Plaza Associates,   JAF Station,   P.O. Box 2769,   New York, NY 10116-2769
18359009    +Reginald Payton And Payton Studios,   C/O Stanley L. Hill, Attorney At Law,
             651 W. Washington St., Suite 205,   Chicago, IL 60661-2166
18359010     Rush Health Associates,   C/O First Recovery Group,   P.O. Box 4090,
             Southfield, MI 48037-4090
18359011    +Sears/cbsd,   701 East 60th St N Po Box 6241,   Sioux Falls, SD 57117-6241
18359012    +Signature Affairs,   1513 N. Latrobe,   Chicago, IL 60651-1410
18359013    +Supreme Novelty Fabricx, Inc.,   C/O Schain, Burney, Ross & Citron, Ltd.,
             222 North LaSalle St., Ste 1910,   Chicago, IL 60601-1102
18359014    #Synergetic Communication, Inc.,   1301 E. 3rd Avenue,   Suite 200,   Post Falls, ID 83854-7545
18359015    +Teresa M. Giannini,   3427 N. Pacific Avenue,   Chicago, IL 60634-2958
18359016    +USAMobility,   P.O. Box 941565,   Plano, TX 75094-1565
18359017    ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court: Wachdlrserv,   P.o. Box 1697,   Winterville, NC 28590)

```
District/off: 0752-1          User: froman           Page 2 of 3           Date Rcvd: Jun 21, 2012
                             Form ID: cxdsch7         Total Noticed: 69
```

18904726     Wells Fargo Deliver Services,   P.O. Box 19733,   Irvine, CA 92623-9733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18358970     E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 22 2012 00:31:57
             Allstate Insurance Company,   C/O Credit Collection Services,   P.O. Box  55156,
             Boston, MA  02205-5156
18382500     +E-mail/Text: bnc@atlasacq.com Jun 22 2012 00:33:44     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
18788555     E-mail/PDF: rmscedi@recoverycorp.com Jun 22 2012 03:15:02
             Bureaus Investment Group Portfolio No 16 LLC,   c/o Recovery Management Systems Corp,
             25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
18358981     +E-mail/Text: cms-bk@cms-collect.com Jun 22 2012 00:35:04     Capital Management Services, LP,
             726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
18358982     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 22 2012 00:32:32
             Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
18688491     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 22 2012 03:03:05
             Capital One Auto Finance (CODB),   P.O. Box 201347,   Arlington, TX 76006-1347
18661353     E-mail/PDF: rmscedi@recoverycorp.com Jun 22 2012 02:56:01     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
18358992     E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 02:45:55     Gemb/ge Money Bank Low,
             Po Box 103065,   Roswell, GA  30076
18359000     E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 02:45:55     Lowe's,   P.O. Box  530914,
             Atlanta, GA  30353-0914
18999781     E-mail/Text: bkr@cardworks.com Jun 22 2012 00:32:35     Merrick Bank,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
18904725     E-mail/Text: bkr@cardworks.com Jun 22 2012 00:32:35     Merrick Bank,   P.O. Box 30537,
             Tampa, FL 33630-3537
18359004     +E-mail/Text: bkr@cardworks.com Jun 22 2012 00:32:35     Merrick Bk,   Pob 9201,
             Old Bethpage, NY 11804-9001
18646463     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 22 2012 00:31:02     Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18647142     +E-mail/Text: bncmail@w-legal.com Jun 22 2012 00:37:51     PHARIA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                      TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18358975     ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                       TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**                    **Signature:** _____

District/off: 0752-1                  User: froman              Page 3 of 3                  Date Rcvd: Jun 21, 2012
                                      Form ID: cxdsch7          Total Noticed: 69


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2012 at the address(es) listed below:
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              John D Landry    on behalf of Debtor Michael Federow land4513@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Creditor Teresa Giannini paul@bachoffices.com,
               pnbach@bachoffices.com;BachECF@gmail.com
                                                                                        TOTAL: 4