Certificate Number: 00252-ILN-DE-018542473

Bankruptcy Case Number: 12-01062



00252-ILN-DE-018542473

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2012, at 7:11 o'clock PM EDT, Michael P Federow completed a course on personal financial management given by internet and telephone by Institute for Financial Literacy, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   June 26, 2012                    By:     /s/Janet Atkinson

                                         Name:   Janet Atkinson

                                         Title:   Credit Counselor