IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| MICHAEL P. FEDEROW, | ) | No.    12-001062 |
| | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | United States Bankruptcy Court |

### DEBTOR'S MOTION TO RE-OPEN CHAPTER 7 CASE

**NOW COMES** the Debtor, **MICHAEL P. FEDEROW**, by and through his attorneys, **LANDRY & ASSOCIATES**, and hereby moves this Honorable Court to Re-Open his Chapter 7 Case, and in support of such Motion, states as follows:

1.     That on January 13, 2012, the Debtor did cause to be filed his Chapter 7 Petition and thereafter, did participate in the scheduled 341 Meeting.

2.     That subsequent thereto, the Debtor did properly take and receive her Certificate of Credit Counseling, which Certificate was filed of record with this Court.

3.     That on June 26, 2012, Debtor did complete his course in Personal Financial Management and did thereafter file his Certificate with the Court.

4.     That all matters required of Debtor have been completed, and the Trustee has in fact filed his report of no assets.

5.     That the Debtor has paid the fee to re-open his case.

**WHEREFORE,** Debtor prays that his Chapter 7 case be re-opened, so that he  may

be granted a discharge from all dischargeable debts.


/s/ John D. Landry
Attorney for Debtor


John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Debtor
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
ARDC No.  1569163

## PROOF OF SERVICE:

John D. Landry, the attorney, hereby certifies that on the 12th day of July, 2012, he caused to be served a copy of Debtors' Motion To Re-Open Chapter 7 Case, via electronic notice, on the following parties listed below:

David R. Herzog, Esq., Herzog & Schwartz, P.C., 77 W. Washington Street, Suite 1717, Chicago, Illinois 60602, by electronic notice through ECF, and

Clerk, United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604.

/s/ John D. Landry
Attorney for Debtor

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Debtor
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
ARDC No.  1569163