IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| MICHAEL P. FEDEROW, | ) | No.     12-001062 |
| | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | United States Bankruptcy Court |

## ORDER REOPENING CASE

THIS CAUSE coming on to be heard on Debtor, **MICHAEL A. FEDEROW'S Motion To Re-Open Chapter 7 Case**, due and timely notice of same having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Clerk is directed to reopen this cause upon payment of the required fee and to accept the Certificate of Post Petition Instructional Course concerning Personal Financial Management and to discharge Debtor and re-close the case.

ENTER:

_____

**Bankruptcy Judge**

DATED: _____

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Debtor
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
ARDC No.  1569163