IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| MICHAEL P. FEDEROW, | ) | No.    12-001062 |
| | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | United States Bankruptcy Court |

## NOTICE OF MOTION

TO:   David R. Herzog, Esq.                    Clerk, United States Bankruptcy Court
       Herzog & Schwartz, P.C.                  219 South Dearborn Street - 7th Floor
       77 W. Washington Street - Suite 1717     Chicago, Illinois 60604
       Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on the 31st day of July, 2012, at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Judge Timothy A. Barnes, Judge of the United States Bankruptcy Court, or any judge sitting in his stead, in the Courtroom usually occupied by him, Courtroom 642, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached *Debtor's Motion To Re-Open Chapter 7 Case*, a copy of which is hereby served upon you, at which time you may appear and respond, if you so desire.

/s/ John D. Landry
Attorney for Debtor

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Debtor
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
ARDC No.  1569163

## PROOF OF SERVICE:

John D. Landry, the attorney, hereby certifies that on the 12th day of July, 2012, he caused to be served a copy of Debtor's Motion To Re-Open Chapter 7 Case, via electronic notice, on the following parties listed below:

Clerk, United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, by electronic notice through ECF.

David R. Herzog, Esq., Herzog & Schwartz, P.C., 77 W. Washington Street, Suite 1717, Chicago, Illinois 60602, by electronic notice through ECF

/s/ John D. Landry
Attorney for Debtor

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Debtor
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
ARDC No.  1569163