IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                )        Chapter 7
                                      )
MICHAEL P. FEDEROW,                   )        No.   12-001062
                                      )
                                      )        Judge Timothy A. Barnes
          Debtor.                     )        United States Bankruptcy Court

## ORDER REOPENING CASE

THIS CAUSE coming on to be heard on Debtor, **MICHAEL A. FEDEROW'S Motion To Re-Open Chapter 7 Case**, due and timely notice of same having been given, and the Court being fully advised in the premises,

. IT IS HEREBY ORDERED that the Clerk is directed to reopen this *Cause* upon payment of the required fee and to accept the Certificate of Post Petition Instructional Course concerning *upon the filing of these documents* Personal Financial Management, and to discharge Debtor and re-close the case.

ENTER:

_____
**Bankruptcy Judge**

**3 1 JUL 2012**

DATED: _____

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Debtor
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
ARDC No.  1569163