B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–01062**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael P. Federow
   8627 W. Plainfield Road
   Lyons, IL 60534

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1596

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>August 1, 2012</u>                <u>Kenneth S. Gardner, Clerk</u>
                                           United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-01062-TAB
Michael P. Federow                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman          Page 1 of 4          Date Rcvd: Aug 01, 2012
                             Form ID: b18           Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db         +Michael P. Federow,   8627 W. Plainfield Road,   Lyons, IL 60534-1047
18358964   +1(800) Water Proofing,   2701 W. Fulton,   Chicago, IL 60612-2003
18358974   +AT&T Mobility,   C/O First Revenue Assurance,   P.O. Box 8545,   Omaha, NE 68108-0545
18358965   +Aaron Petersen,   C/O Jonathon M. Aven, Esq.,   180 N. Michigan Ave - Ste 2105,
            Chicago, IL 60601-7478
18358966    Account Services,   P.O. Box  659818,   San Antonio, TX  78265-9118
18904723   +Acuity,   2800 South Taylor Street,   Sheboyan, WI 53081-8474
18358967   +Adam Schneierman, Epic Realty Partners,   5600 North River Road,   Suite 150,
            Rosemont, IL 60018-5102
18358968   +Alisa Seo, M.D.,   C/O Anderson, Rasor & Partners, LLP,   100 S. Wacker Dr., Suite 1000,
            Chicago, IL 60606-4027
18358969    Allied Bank,   P.O. Box  17120,   Wilmington, DE  19886-7120
18358971    Alpha Pain Clinic,   3500 S. Harlem Avenue,   Berwyn, IL  60402
18358972   +Apex Financial Management, LLC,   1120 W. Lake Cook Road,   Suite A,
            Buffalo Grove, IL 60089-1970
18358973   +Applied Bank,   C/O Nations Recovery Center, Inc.,   6491 Peachtree Industrial Blvd,
            Atlanta, GA 30360-2100
18639282   +Atlas Acquisitions LLC  (Citibank - Sears),   294 Union St.,   Hackensack, NJ 07601-4303
18358977   +Barry H. Greenburg, Esq.,   Law Firm Of Barry H. Greenburg,   180 N. LaSalle Street - Suite 3150,
            Chicago, IL 60601-2801
18358978    Blatt, Hasenmiller, Leibsker & Moore, LL,   125 S. Wacker Drive,   Suite 400,
            Chicago, IL  60606-4440
18358979   +Blitt And Gaines, P.C.,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
18358983    Capital One Services, Inc.,   C/O Nationwide Credit, Inc.,   P.O. Box  100029,
            Kennesaw, GA  30156-9229
18358985   +Citibank,   C/O Nelson, Watson & Associates, LLC,   80 Merrimack Street - Lower Level,
            Haverhill, MA 01830-5202
18358986   +Citizens Financial Bank,   C/O ChexSystems Collection Agency, Inc.,
            7805 Hudson Street -- Suite 100,   Woodbury, MN 55125-1595
18358987   +David Angviano Construction,   5435 West 25th Place,   Cicero, IL 60804-3303
18358988    Delta Outsource Group, Inc.,   P.O. Box  1210,   O'Fallon, MO  63366-9010
18358962   +Federow Michael P,   8627 W Plainfield Road,   Lyons, IL 60534-1047
18358990    Founders Insurance Company,   P.O. Box  5100,   Des Plaines, IL  60017-5100
18358991    Fullmer Locksmith Service, Inc.,   8611 West Cermak Road,   North Riverside, IL  60546-1225
18358995   +HSBC Card Services, Inc.,   C/O Sentry Credit, Inc.,   2809 Grand Avenue,
            Everett, WA 98201-3417
18358996   +J.C. Christensen And Associates, Inc.,   P.O. Box  519,   Sauk Rapids, MN 56379-0519
18358998   +Katz & Stefani, LLC,   222 North LaSalle Street - Suite 2150,   Chicago, IL 60601-1103
18358963   +Landry & Associates,   120 E Ogden Avenue Suite 212,   Hinsdale, IL 60521-3546
18358999   +Law Firm Of Barry H. Greenburg,   180 North La Salle Street,   Suite 3150,
            Chicago, IL 60601-2801
18904724   +Loyola University Medical Center,   P.O. Box 6559,   Carol Stream, IL 60197-6559
18359001   +Loyola University Physicians Foundation,   C/O I.C.S., Inc.,   P.O. Box  101,
            Tinley Park, IL 60477-0101
18359003   +Medical Business Burea (original Cr,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
18359007   +Performance Pro Plumbing,   C/O Steven Skinner, Attorney At Law,   7548 W. 103rd Street,
            Bridgeview, IL 60455-2400
18359009   +Reginald Payton And Payton Studios,   C/O Stanley L. Hill, Attorney At Law,
            651 W. Washington St., Suite 205,   Chicago, IL 60661-2166
18359010    Rush Health Associates,   C/O First Recovery Group,   P.O. Box  4090,
            Southfield, MI  48037-4090
18359012   +Signature Affairs,   1513 N. Latrobe,   Chicago, IL 60651-1410
18359013   +Supreme Novelty Fabricx, Inc.,   C/O Schain, Burney, Ross & Citron, Ltd.,
            222 North LaSalle St., Ste 1910,   Chicago, IL 60601-1102
18359014   #Synergetic Communication, Inc.,   1301 E. 3rd Avenue,   Suite 200,   Post Falls, ID  83854-7545
18359015   +Teresa M. Giannini,   3427 N. Pacific Avenue,   Chicago, IL 60634-2958
18359016   +USAMobility,   P.O. Box  941565,   Plano, TX 75094-1565
18359017   ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
            (address filed with court: Wachdlrserv,   P.o. Box 1697,   Winterville, NC  28590)
18904726    Wells Fargo Deliver Services,   P.O. Box 19733,   Irvine, CA 92623-9733
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: FDRHERZOG.COM Aug 02 2012 02:14:00    David R Herzog,   Herzog & Schwartz PC,
            77 W Washington Suite 1717,   Chicago, IL 60602-3943
18358970    EDI: CCS.COM Aug 02 2012 02:13:00    Allstate Insurance Company,
            C/O Credit Collection Services,   P.O. Box  55156,   Boston, MA  02205-5156
18382500   +EDI: ATLASACQU.COM Aug 02 2012 02:13:00    Atlas Acquisitions LLC,   294 Union St.,
            Hackensack, NJ 07601-4303
18358975   +EDI: BANKAMER2.COM Aug 02 2012 02:13:00    Bank Of America,   Po Box 1598,
            Norfolk, VA 23501-1598
18358976   +EDI: TSYS2.COM Aug 02 2012 02:13:00    Barclays Bank Delaware,   125 S West St,
            Wilmington, DE 19801-5014
18788555    EDI: RECOVERYCORP.COM Aug 02 2012 02:13:00    Bureaus Investment Group Portfolio No 16 LLC,
            c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
```

```
District/off: 0752-1          User: froman           Page 2 of 4          Date Rcvd: Aug 01, 2012
                              Form ID: b18            Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18358980      +EDI: CAPITALONE.COM Aug 02 2012 02:13:00      Cap One,   Pob 30281,
               Salt Lake City, UT 84130-0281
18358981      +E-mail/Text: cms-bk@cms-collect.com Aug 02 2012 03:18:46      Capital Management Services, LP,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
18358982      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Aug 02 2012 03:16:30
               Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
18688491      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 02 2012 04:52:02
               Capital One Auto Finance (CODB),   P.O. Box 201347,   Arlington, TX 76006-1347
18712265       EDI: CAPITALONE.COM Aug 02 2012 02:13:00      Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
18661353       EDI: RECOVERYCORP.COM Aug 02 2012 02:13:00      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
18358984      +EDI: CHASE.COM Aug 02 2012 02:13:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18358985      +E-mail/Text: info@nelsonwatson.com Aug 02 2012 04:59:43      Citibank,
               C/O Nelson, Watson & Associates, LLC,   80 Merrimack Street - Lower Level,
               Haverhill, MA 01830-5202
18358989      +EDI: AMINFOFP.COM Aug 02 2012 02:13:00      First Premier Bank,   601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
18358992       EDI: RMSC.COM Aug 02 2012 02:13:00      Gemb/ge Money Bank Low,   Po Box 103065,
               Roswell, GA  30076
18358994      +E-mail/Text: bankolist@praxis-financial.com Aug 02 2012 04:58:15      HSBC Bank Nevada, NA,
               C/O Praxis Financial Solutions,   7331 N. Lincoln Avenue - Suite 8,   Lincolnwood, IL 60712-1766
18358993      +EDI: HFC.COM Aug 02 2012 02:13:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
18358997       EDI: TSYS2.COM Aug 02 2012 02:13:00      Juniper,   P.O. Box  13337,
               Philadelphia, PA  19101-3337
18359000       EDI: RMSC.COM Aug 02 2012 02:13:00      Lowe's,   P.O. Box  530914,   Atlanta, GA  30353-0914
18359002      +EDI: TSYS2.COM Aug 02 2012 02:13:00      Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
18999781       EDI: MERRICKBANK.COM Aug 02 2012 02:13:00      Merrick Bank,   Resurgent Capital Services,
               PO Box 10368,   Greenville, SC 29603-0368
18904725       EDI: MERRICKBANK.COM Aug 02 2012 02:13:00      Merrick Bank,   P.O. Box 30537,
               Tampa, FL 33630-3537
18359004      +EDI: MERRICKBANK.COM Aug 02 2012 02:13:00      Merrick Bk,   Pob 9201,
               Old Bethpage, NY 11804-9001
18646463      +EDI: MID8.COM Aug 02 2012 02:13:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18359006       EDI: HFC.COM Aug 02 2012 02:13:00      Orchard Bank,   P.O. Box  17051,
               Baltimore, MD  21297-1051
18647142      +EDI: OPHSUBSID.COM Aug 02 2012 02:13:00       PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
18359008       EDI: PHINPLAZA.COM Aug 02 2012 02:13:00      Plaza Associates,   JAF Station,   P.O. Box  2769,
               New York, NY  10116-2769
18359011      +EDI: SEARS.COM Aug 02 2012 02:13:00      Sears/cbsd,   701 East 60th St N Po Box 6241,
               Sioux Falls, SD 57117-6241
                                                                                      TOTAL: 29


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18359005    ##+Nadler, Pritikin & Mirabelli, LLC,   One Prudential Plaza - 12th Floor,
               130 East Randolph Street,   Chicago, IL 60601-6216
                                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: froman              Page 3 of 4              Date Rcvd: Aug 01, 2012
                             Form ID: b18               Total Noticed: 70

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                    **Signature:** _____

District/off: 0752-1           User: froman            Page 4 of 4            Date Rcvd: Aug 01, 2012
                              Form ID: b18             Total Noticed: 70


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2012 at the address(es) listed below:
          David R Herzog     drhlaw@mindspring.com,
           herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          John D Landry    on behalf of Debtor Michael Federow land4513@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Creditor Teresa Giannini paul@bachoffices.com,
           pnbach@bachoffices.com;BachECF@gmail.com
                                                                            TOTAL: 4